p

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Ruby's SoCal Diners, LLC, a Delaware limited liability company** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3319782** | |
| 4. | **Debtor's address** | **Principal place of business** **4100 MacArthur Blvd., Suite 310** **Newport Beach, CA 92660** Number, Street, City, State & ZIP Code **Orange** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.rubys.com** | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Ruby's SoCal Diners, LLC**                                       Case number (*if known*) _____
        Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  **See Annex 1**                                     Relationship  **Affiliate**

    District  **Central District of California, Santa Ana Division**    When  **8/29/2018**    Case number, if known  **As Assigned**

Debtor    **Ruby's SoCal Diners, LLC**    Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

    ■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49         ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99        ☐ 5001-10,000         ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000         ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000         ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion |

Debtor  **Ruby's SoCal Diners, LLC** _____ Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **8/29/2018**
             MM / DD / YYYY

**X** **/s/ Douglas S. Cavanaugh**                          **Douglas S. Cavanaugh**
Signature of authorized representative of debtor            Printed name

Title   **Authorized Signer**

**18. Signature of attorney**

**X** **/s/ William N. Lobel**                              Date   **8/29/2018**
Signature of attorney for debtor                                   MM / DD / YYYY

**William N. Lobel**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**Costa Mesa, CA   92626**
Number, Street, City, State & ZIP Code

Contact phone   **(714) 384-4740**      Email address   **wlobel@pszjlaw.com**

**93202 CA**
Bar number and State

# ANNEX 1

## LIST OF AFFILIATED DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in the Court a petition for relief under chapter 11 of title 11 of the United States Code. These entities intend to file a motion requesting that the Court jointly administer their chapter 11 cases.

1. Ruby's SoCal Diners, LLC, a Delaware limited liability company (Lead Case)
2. Ruby's Quality Diners, LLC, a Delaware limited liability company
3. Ruby's Huntington Beach, Ltd., a California limited partnership
4. Ruby's Laguna Hills, Ltd., a California limited partnership
5. Ruby's Oceanside, Ltd., a California limited partnership
6. Ruby's Palm Springs, Ltd., a California limited partnership

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ruby's SoCal Diners, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mission Valley Shoppingtown LLC Manager, Member, Agent 2049 Century Park East 41st Floor Los Angeles, CA 90067 | George B. Blackmar gblackmar@bpslaw.net (616) 238-8900 | Potential liability for breach of lease as guarantor of non-residential real property lease located at Westfield Mission Valley, 1640 Camino Del Rio N | Contingent | | | $500,000.00 |
| Star-West Parkway Mall, LP Partner Officer Manager Agent PO Box 844767 Los Angeles, CA 90084-4767 | Danial Toscano, Esq. dtoscano@poisinelli.cm (310) 556-1801 | Trade Debt | Trade Debt | | | $137,000.00 |
| MGP Fund X Laguna Hills LLC Manager, Member, Agent 425 California Street 10th Floor San Francisco, CA 94104 | Stuart Crandell, Property Manager Unknown (949) 586-8283 | Potential liability as guarantor of non-residential real property lease located at 24155 Laguna Hills Mall, Suite 184A, Laguna Hills, CA 92653 | Contingent | | | Unknown |

```
C & C Partnership
Ronald Clear, Partner
56 Tesla
Irvine, CA 92618


CA Department of Revenue
CA Franchise Tax Board
PO Box 1468
Sacramento, CA 95812


California Department of Justice
Xavier Becerra, Attorney General
300 S. Spring Street
Suite 1700
Los Angeles, CA 90013


Daniel I. Toscano
Polsinelli LLP
2049 Century Park East
Suite 2900
Los Angeles, CA 90067


Delaware Department of Corporations
401 Federal Street
Suite 4
Dover, DE 19901


Delaware Department of State
Division of Corporations
Attn: Secretary of State
PO Box 898
Dover, DE 19903


George B Blackmar
Blackmar Principe & Schmelter APC
600 B Sreet
Suite 2250
San Diego, CA 92101


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114
```

Internal Revenue Service
PO Box 7346
Bryn Mawr, PA 19010-1734


John S Baker
Dorsey & Whitney LLP
600 Anton Blvd
Suite 200
Costa Mesa, CA 92626-7655


MGP Fund X Laguna Hills LLC
Manager, Member, Agent
425 California Street
10th Floor
San Francisco, CA 94104


Mission Valley Shoppingtown LLC
Manager, Member, Agent
2049 Century Park East
41st Floor
Los Angeles, CA 90067


Opus Bank
a California comercial bank
Officer Director Manager Agent
19900 MacArthur Blvd 12th Floor
Irvine, CA 92612


Opus Bank  a California
commercial bank
Officer Director Manager Agent
131 W Commonwealth Avenue
Fullerton, CA 92832


Pillsbury Winthrop Shaw Pittman LLP
Christine A Scheunman
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406


Pillsbury Winthrop Shaw Pittman LLP
Barbara L. Croutch
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406

```
Plaza Bonita LLC
c/o George B. Blackmar, Esq.
Blackmar Principe & Schmelter APC
600 B Street Suite 2250
San Diego, CA 92101


Ren R Hayhurst
Bryan Cave LLP
3161 Michelson Drive
suite 1500
Irvine, CA 92612


Robert A Schultz
Dorsey & Whitney LLP
600 Anton Blvd
Suite 2000
Costa Mesa, CA 92626-7655


Ruby's Diner, Inc.
4100 MacArthur Blvd.
Suite 310
Newport Beach, CA 92660


Ruby's Diners, Inc.
4100 MacAurthur Blvd.
Suite 310
Newport Beach, CA 92660


Ruby's Huntington Beach Ltd
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660


Ruby's Huntington Beach, Ltd.
4100 MacArthur Blvd.
Suite 310
Newport Beach, CA 92660


Ruby's Laguna Beach, Ltd.
4100 MacArthur Blvd.
Suite 310
Newport Beach, CA 92660
```

```
Ruby's Laguna Hills Ltd
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660


Ruby's Mission Valley Ltd
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660


Ruby's Mission Valley, Ltd.
4100 MacArthur Blvd.
Suite 310
Costa Mesa, CA 92626


Ruby's Oceanside Ltd
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660


Ruby's Oceanside, Ltd.
4100 MacArthur Blvd.
Suite 310
Newport Beach, CA 92660


Ruby's Palm Springs Ltd
4100 MacArthur Blvd
suite 310
Newport Beach, CA 92660


Ruby's Palm Springs, Ltd.
4100 MacArthur Blvd.
Suite 310
Newport Beach, CA 92660


Ruby's Parkway Plaza LLC
Douglas S. Cavanaugh
4100 MacArthur Blvd
Suire 310
Newport Beach, CA 92660
```

```
Ruby's Quality Diners LLC
4100 MacArthur Blvd
Suite 310
Newport Beach, CA 92660


Securities Exchange Comission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036


Star-West Parkway Mall, LP
Partner Officer Manager Agent
PO Box 844767
Los Angeles, CA 90084-4767


State of Delaware
Division of Corporations
PO Box 11728
Newark, NJ 07101-4728


United States Attorney's Office
Federal Bulding, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044
```