# United States Bankruptcy Court
# Central District of California

| In re:<br>Ruby's SoCal Diners, LLC, a Delaware limited liability company | CHAPTER NO.: 11 |
|---|---|
| | CASE NO.: 8:18−bk−13197−CB |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

- ☒ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Court Manual, section 2.1]
- ☒ Corporate Ownership Statement as specified by LBR 1007−4
- ☒ Statement of Related Cases (LBR Form 1015−2) [Information required by LBR 1015−2]
- ☒ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
- ☒ Verification of Master Mailing List of Creditors [LBR 1007−1(a)] (LBR Form F1007−1)

- ☐ Other *(Specify):*

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed. [11 U.S.C.§1116]

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2.5(a)(2).

　　　　　Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

　　　　　411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460−9641.

Dated: August 29, 2018                                                            For the Court
                                                                                  **Kathleen J. Campbell**
                                                                                  Clerk of Court

(Form mccdn − Rev 01/2018)                                                                    **5 − 1 / TLG**