William N. Lobel, SBN 93202
Pachulski Stang Ziehl & Jones LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Tel: 714-384-4740
Fax: 714-384-4741
wlobel@pszjlaw.com

[Proposed] Attorneys for
Debtors and Debtors-in-Possession



**FILED & ENTERED**

**AUG 31 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RUBY'S SOCAL DINERS, LLC,<br>a Delaware limited liability company, *et al.,*[1]<br><br>　　　　Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>☒　All Debtors<br><br>☐　RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐　RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐　RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐　RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐　RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐　RUBY'S PALM SPRINGS, LTD., ONLY | Case Nos.: 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTORS' MOTION FOR ORDER LIMITING SCOPE OF NOTICE**<br><br>Date:　　　August 31, 2018<br>Time:　　　10:00 a.m.<br>Courtroom: 5D<br>Address:　 411 West Fourth Street<br>　　　　　　Santa Ana, CA  92701 |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

A hearing was held on August 31, 2018, at 10:00 a.m. before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Debtors' Motion for Order Limiting Scope of Notice filed August 30, 2018 as Docket #12 ("Motion").  Appearances were made as noted on the record.

The Court having read and considered the Motion, heard the statements of counsel, noted the lack of opposition and with good cause shown,

IT IS ORDERED:

1. The Motion is granted.

###

Date: August 31, 2018

Catherine Bauer
United States Bankruptcy Judge