Jessica G. McKinlay, SBN 282743
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Tel: 714-800-1400
Fax: 714-800-1499
Mckinlay.jessica@dorsey.com

Attorneys for Opus Bank

**FILED & ENTERED**

**AUG 31 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY le          DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RUBY'S SOCAL DINERS, LLC,<br>a Delaware limited liability company, *et al.*,[1]<br><br>Debtors and Debtors-in Possession,<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ RUBY'S SOCAL DINERS, LLC, ONLY<br><br>☐ RUBY'S QUALITY DINERS, LLC, ONLY<br><br>☐ RUBY'S HUNTINGTON BEACH, LTD., ONLY<br><br>☐ RUBY'S LAGUNA HILLS, LTD. ONLY<br><br>☐ RUBY'S OCEANSIDE, LTD., ONLY<br><br>☐ RUBY'S PALM SPRINGS, LTD., ONLY | Case No. 8:18-bk-13197-CB<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.<br><br>8:18-13198-CB; 8:18-13199-CB; 8:18-13200-CB; 8:18-13201-CB; 8:18-13202-CB<br><br>**INTERIM ORDER (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, and (C) GRANTING RELATED RELIEF**<br><br>Date:      August 31, 2018<br>Time:     10:00 a.m.<br>Courtroom: 5D<br>Address:  411 West Fourth Street<br>               Santa Ana, CA  92701 |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (8143); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9154); and Ruby Palm Springs, Ltd. (9627).

1     The Court having read and considered the Stipulation between the Debtor Opus Bank for Order (A) Authorizing Interim Use of Cash Collateral; (B) Granting Adequate Protection for Use of Prepetition Collateral and (C) Granting Related Relief filed on August 31, 2018, as Docket #33 (the "Stipulation"), and with good cause shown,

    IT IS ORDERED

1. The Stipulation is approved.
2. The Emergency Motion For Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief, is continued to September 24, 2018 at 1:00 p.m.

###

Date: August 31, 2018

Catherine Bauer
United States Bankruptcy Judge